

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
| PLAINTIFF | |
| v. | 2:18-MJ-00518-1 |
| Albert Noboru Nishikawa, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _the Government_____, IT IS ORDERED that a detention hearing is set for _Thursday_____, _3/15/18_____, at _11:00_____ ☒ a.m. / ☐ p.m. before the Honorable _Steve Kim_____, in Courtroom _341 (Roybal)_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __March 9, 2018__

_/s/ Steve Kim_
Steve Kim, U.S. Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)  Page 1 of 1